156 So.2d 57

## Succession of Elton ANDREWS.

### No. 46858.

Sept. 20, 1963.

In re: Parcel Andrews applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 153 So.2d 470.

Writ refused. The judgment of the Court of Appeal is correct.

HAWTHORNE, J., is of the view that the writ should be granted.

156 So.2d 57

## Charlton B. OGDEN II

v.

## REILLY–BENTON COMPANY, Inc.

### No. 46859.

Sept. 20, 1963.

In re: Reilly-Benton Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 153 So.2d 461.

The application is denied. According to the facts of the case as found by the Court of Appeal, we find no error in the judgment complained of.